**VICTOR S. HALTOM**
A Professional Law Corporation
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 444-1546
*e-mail: vshjah@aol.com*

Attorney for Defendant
**ROBERTO RIOS-VIZCARRA**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

-- o0o --

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** )<br>) <br>Plaintiff, )<br>)<br>v. )<br>)<br>**ROBERTO RIOS-VIZCARRA**, et al. )<br>)<br>Defendants. )<br>_____ ) | CR. S-02-0048 MCE<br><br>**ORDER** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Victor S. Haltom is substituted in as attorney for Roberto Rios-Vizcarra, in place of Shari Rusk, for proceedings in this court following the Ninth Circuit's <u>Ameline</u> remand herein.

IT IS SO ORDERED.

DATE: August 12, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE