**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 444-1546
e-mail: vshjah@aol.com

Attorney for Defendant
**ROBERTO RIOS-VIZCARRA**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,**  Plaintiff,  v.  **ROBERTO RIOS-VIZCARRA,**  Defendant. | Cr.S-02-0048 MCE  **ORDER** |

Based upon the application of defendant, Roberto Rios-Vizcarra, and the stipulation of the parties, IT IS HEREBY ORDERED that the hearing previously scheduled herein for August 23, 2005, shall be vacated and a new hearing shall be set for October 4, 2005. Good cause exists for the continuance.

DATE: August 30, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE