Timothy E. Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for defendant,
JAIME RIOS VIZCARRA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-02-0048 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING HEARING |
| ) | CONCERNING BOOKER[1] |
| v. ) | REMAND |
| ) | |
| ) | |
| ROBERTO RIOS VIZCARRA and ) | Date: November 8, 2005 |
| JAIME RIOS VIZCARRA, ) | Time: 8:30 a.m. |
| ) | |
| Defendant. ) | |

The parties hereby stipulate to the following:

1. This matter is presently set for the court to consider its sentence in light of Booker after remand by the Ninth Circuit on November 8, 2005 at 8:30 a.m.

2. In order to afford both defense counsel more time to prepare for this hearing, and to file written briefing concerning this matter, the parties hereby stipulate that the hearing on November 8 be vacated, and that this matter be set for hearing on **December 13, 2005 at 8:30 a.m.**

DATED: November 4, 2005     /s/ Tim Warriner
                             Attorney for defendant,
                             JAIME RIOS VIZCARRA

---

[1] United States v. Booker, __ U.S. __, 125 S.Ct. 738 (2005)

DATED: November 4, 2005     /s/ Victor Haltom,
                            Attorney for defendant
                            ROBERTO RIOS VIZCARRA

DATED: November 4, 2005     /s/ Mary Grad
                            Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the hearing now scheduled for November 8, 2005 be vacated, and that this matter be set for hearing on December 13, 2005 at 8:30 a.m.

DATED: November 16, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE