# OFFICE OF THE FEDERAL DEFENDER
## EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd Floor
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710

Daniel J. Broderick
Acting Federal Defender

Linda C. Harter
Chief Assistant Defender

February 15, 2006

**FILED**

FEB 1 5 2006

CLERK, U.S. DISTRICT COURT
TERN DISTRICT OF CALIFORN

_____ TY CLERK

Victor Haltom
Attorney at Law
428 J Street, #350
Sacramento,, CA  95814

Re:   **U.S. v. Roberto Rios Vizcarra**
      **Cr.S-02-048-MCE**

Dear Mr. Haltom:

This will confirm your appointment by the Honorable Morrison C. England, U.S. District Judge, to represent the above-name defendant. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

Enclosed is a CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms, together with sample forms for reporting court time. This will also provide a uniformity in the way attorneys report their time and services rendered.

If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

Very truly yours,

LUPE HERNANDEZ
Operations Administrator

:lh
Enclosures

cc: Clerks Office
    Ninth Circuit Clerk, CJA Unit

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER | |
|---|---|---|---|
| 09C | Vizcarra, Roberto Rios | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | Cr.S-02-048-MCE | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE |
|---|---|---|---|
| U.S. v. Vizcarra | Appeal | Appellant | CA |

11. OFFENSE(S) CHARGED: Criminal Appeal re: Sentencing

12. ATTORNEY'S NAME AND MAILING ADDRESS:
Victor Haltom, Esq.
428 J Street, #350
Sacramento, CA 95814
(916) 444-8663

13. COURT ORDER

Signed FEB 3 2006
Nunc Pro Tunc Date 1/18/06

| | CATEGORIES | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 92) TOTALS: | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work | | | | | |
| | (Rate per hour = $ 92) TOTALS: | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM ___ TO ___

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION

22. CLAIM STATUS

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR/CERT |
|---|---|---|---|---|

28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE/MAG. JUDGE CODE

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|

34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) | DATE | 34a. JUDGE CODE

1 | **VICTOR S. HALTOM**
Attorney at Law
2 | State Bar No. 155157
428 J Street, Suite 350
3 | Sacramento, CA 95814
Telephone: (916) 444-8663
4 | Facsimile: (916) 444-1546
e-mail: vshjah@aol.com
5
Attorney for Defendant
6 | **ROBERTO RIOS VIZCARRA**

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | THE UNITED STATES OF AMERICA,                ) Case No. CR-S-02-048-MCE
13 |                                               ) **NOTICE OF APPEAL**
    | Plaintiff and Respondent,                    )
14 |                                               )
    | v.                                           )
15 |                                               )
    | ROBERTO RIOS VIZCARRA,                       )
16 |                                               )
    | Defendant and Appellant.                     )
17 |                                               )

18 | Notice is hereby given that ROBERTO RIOS VIZCARRA, the above-named defendant

19 | and appellant, hereby appeals to the United States Court of Appeals for the Ninth Circuit

20 | from the judgment imposed herein by the district court on .

21 | In this appeal, Mr. VIZCARRA will seek reversal of the aforementioned judgment

22 | on grounds which include, but are not limited to the following: sentencing error.

23 | DATE: January 18, 2006                       Respectfully Submitted,

24

25 |                                               /s/
    |                                               VICTOR S. HALTOM
    |                                               Attorney for Defendant/Appellant
26 |                                               ROBERTO RIOS VIZCARRA

27

28