IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>ROBERTO RIOS VIZCARRA,<br><br>    Movant.<br>_____/ | No. 2:02-cr-00048-MCE-DAD-P<br><br><br><br>ORDER |

    Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On October 12, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Movant has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Case 2:02-cr-00048-MCE-DAD   Document 191   Filed 11/16/10   Page 2 of 2

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on October 12, 2010 (Doc. No. 184) are adopted in full;

2. Movant's February 22, 2008 motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 162) is denied;

3. The Clerk of the Court is directed to close the companion civil case, No. 2:08-cv-00429-MCE-DAD; and

4. For the reasons set forth in the October 12, 2010 findings and recommendations, movant has not made a substantial showing of the denial of a constitutional right. Accordingly, a certificate of appealability should not issue in this action.

Dated: November 16, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2