1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                    No. 2:02-cr-00048

12            Respondent,

13        v.                                      ORDER

14   ROBERTO RIOS VIZCARRA,

15            Movant.

16   _____/

17        Movant is a federal prisoner proceeding pro se with this motion to vacate, set aside, or

18   correct his federal sentence pursuant to 28 U.S.C. § 2255.  Judgment was entered on November

19   16, 2010, and this matter is currently on appeal to the United States Court of Appeals for the

20   Ninth Circuit.  On December 20, 2010, movant filed a request to proceed in forma pauperis on

21   appeal.

22        Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district

23   court action who desires to appeal in forma pauperis on appeal must file a motion in the district

24   court which:

25            (A) shows in the detail prescribed by Form 4 of the Appendix of
             Forms the party's inability to pay or to give security for fees and
26            costs;

1

1

2

(B) claims an entitlement to redress; and
(C) states the issues that the party intends to present on appeal.

3  Fed. R. App. P. 24(a)(2).  Movant has attached the appropriate affidavit which demonstrates his

4  inability to pay or to give security for fees and costs.  In his December 14, 2010 notice of appeal,

5  movant claimed entitlement to redress and described the issues he intended to present on appeal.

6  Movant has complied with the requirements of Fed. R. App. P. 24(a).  Accordingly, his request

7  to proceed in forma pauperis on appeal will be granted.

8      Good cause appearing, IT IS HEREBY ORDERED that movant's December 20, 2010,

9  request to proceed in forma pauperis on appeal is granted.

10  Dated:  February 1, 2011

11

12      MORRISON C. ENGLAND, JR.
        UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2