HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
ann_mcclintock@fd.org 916-498-5700

Attorney for Defendant
ROBERTO RIOS VIZCARRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:02-CR-0048-MCE |
|---|---|
| Plaintiff, | ) |
| | ) ORDER TO RELEASE PRESENTENCE |
| vs. | ) REPORT TO APPOINTED HABEAS APPEAL |
| | ) COUNSEL |
| ROBERTO RIOS VIZCARRA, | ) |
| Defendant. | ) |

FOR GOOD CAUSE SHOWN, it is hereby ordered that the United States Probation Office release Mr. Rios Vizcarra's presentence report to his appointed habeas appeal counsel, Assistant Federal Defender Ann C. M<sup>c</sup>Clintock.

IT IS SO ORDERED.

Dated:  August 31, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

-1-